**No. 57814.**—Pacific Customs Brokerage Co. *v.* United States, protest 150243–K (Portland, Me.).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of Burnoil heaters and draft controls similar in all material respects to the merchandise the subject of *Davies Turner & Company* v. *United States* (28 Cust. Ct. 294, C. D. 1425), the claim of the plaintiff was sustained.